UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                                  Case No.:      16-30566

RANDY & RUTH VAN ZILE                 Chapter:       7

                                                                                          Judge:          JKS

## NOTICE OF PROPOSED ABANDONMENT

Steven P. Kartzman, Chapter 7 Trustee in this case, proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:    U.S. Bankruptcy Court
>                                           50 Walnut Street
>                                           Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable John K. Sherwood on January 3, 2017 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3D. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:    558 Brooklyn Mountain Road, Hopatcong, NJ
>
> Valued at about $116,000
>
> Less about 10% costs of sale

> Liens on property:    $169,664

> Amount of equity claimed as exempt:    $0

Objections must be served on, and requests for additional information directed to:

Name:           */s/ Steven P. Kartzman*

Address:        101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950

Telephone No.: (973) 267-0220

```
                          United States Bankruptcy Court
                              District of New Jersey
In re:                                                    Case No. 16-30566-JKS
Randy Van Zile                                            Chapter 7
Ruth Van Zile
        Debtors                CERTIFICATE OF NOTICE
District/off: 0312-2         User: admin                  Page 1 of 2              Date Rcvd: Dec 08, 2016
                             Form ID: pdf905              Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 10, 2016.
db/jdb         Randy Van Zile,    Ruth Van Zile,    558 Brooklyn Mountain Rd,     Hopatcong, NJ 07843-1272
516468758      Atlantic Health System,    PO Box 36458,    Newark, NJ 07188-6406
516468760      Atlantic Medical Group,    PO Box 419101,    Boston, MA 02241-9101
516468759      Atlantic Medical Group,    PO Box 416457,    Boston, MA 02241-6457
516468761      Capital One Bank, N.A.,    PO Box 30285,    Salt Lake City, UT 84130-0285
516468762      Citimortgage, Inc.,    PO Box 10002,    Hagerstown, MD 21747-0002
516468763      Emergency Physicians of Saint Clares LLC,     PO Box 808,    Grand Rapids, MI 49518-0808
516468765      Hopatcong Borough Sewer,    111 River Styx Rd,     Hopatcong, NJ 07843-1535
516468767      KML Law Group, PC,    701 Market St Ste 5000,     Philadelphia, PA 19106-1541
516468768      Midland Mortgage/Midfirst,    PO Box 268959,    Oklahoma City, OK 73126-8959
516468769      Morris Anesthesia Group,    3799 US Highway 46 Ste 211,     Parsippany, NJ 07054-1060
516468770      NJ Housing & Mortgage Finance Agency,     PO Box 18550,    Trenton, NJ 08650-2085
516468771     ++NORTHWEST RADIOLOGY ASSOCIATES,     45 PINE STREET SUITE 8,    ROCKAWAY NJ 07866-3149
               (address filed with court: Northwest Radiology Associates,     45 Pine St Ste 8,
                 Rockaway, NJ 07866-3149)
516468773     +Revenue Recovery Group,    7005 Middlebrook Pike,    PO Box 50250,    Knoxville, TN 37950-0250
516468774      Saint Clare's Hospital-Bankruptcy,     440 Franklin St Ste 300,    Bloomfield, NJ 07003-3426
516468776      Skylands Medical Group, P.A.,    33 Newton Sparta Rd,     Newton, NJ 07860-2764
516468777      Stoneleigh Recovery Assoc,    PO Box 1118,    Charlotte, NC 28201-1118
516468781     +The Bureaus Inc,    650 Dundee Rd., Suite 370,     Northbrook, IL 60062-2757
516468782      Vengroff Williams Inc,    PO Box 4155,    Sarasota, FL 34230-4155

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 08 2016 23:39:40      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 08 2016 23:39:38      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516468764      E-mail/Text: jennifer.macedo@gatewayonelending.com Dec 08 2016 23:39:16
                 Gateway One Lending & Finance,    160 N Riverview Dr Ste 100,    Anaheim, CA 92808-2293
516468766      E-mail/Text: lisa@jennwayrecovery.com Dec 08 2016 23:40:20      Jenn-Way Recovery Bureau,
                 4 Prospect Village Plz,    Clifton, NJ 07013-1952
516468772      E-mail/Text: solorzanon@pims-inc.com Dec 08 2016 23:39:57      Princeton Pathology Services, PA,
                 5755 Hoover Blvd,   Tampa, FL 33634-5340
516468775      E-mail/Text: compliance@sentrycredit.com Dec 08 2016 23:40:23      Sentry Credit, Inc,
                 2809 Grand Ave,   Everett, WA 98201-3417
516468778      E-mail/PDF: gecsedi@recoverycorp.com Dec 08 2016 23:35:47      Synchrony Bank/Care Credit,
                 Attn: Bankruptcy Dept.,    PO Box 965061,    Orlando, FL 32896-5061
516468779      E-mail/PDF: gecsedi@recoverycorp.com Dec 08 2016 23:35:49      Synchrony Bank/PC Richards,
                 Bankruptcy Dept,   PO Box 965061,    Orlando, FL 32896-5061
516468780      E-mail/PDF: gecsedi@recoverycorp.com Dec 08 2016 23:36:25      Synchrony Bank/Walmart,
                 Attn: Bankrupcy Dept.,    PO Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2016                                      Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin                 Page 2 of 2              Date Rcvd: Dec 08, 2016
                              Form ID: pdf905             Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2016 at the address(es) listed below:
              Chris H. Colabella    on behalf of Joint Debtor Ruth  Van Zile susan@gruberlaw-nj.com,
               g30104@notify.cincompass.com
              Chris H. Colabella    on behalf of Debtor Randy  Van Zile susan@gruberlaw-nj.com,
               g30104@notify.cincompass.com
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Steven P. Kartzman    kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;ncorona@msklaw.net;angiea@msklaw.net
                                                                                           TOTAL: 4
```