**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Randy Van Zile** | Social Security number or ITIN  **xxx–xx–8482** |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Ruth Van Zile** | Social Security number or ITIN  **xxx–xx–2041** |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **District of New Jersey**

Case number:  **16–30566–JKS**

# Order of Discharge  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Randy Van Zile                                             Ruth Van Zile

2/3/17                                                     **By the court:**  <u>John K. Sherwood</u>
                                                                          United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-30566-JKS
Randy Van Zile                                                      Chapter 7
Ruth Van Zile
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2               Date Rcvd: Feb 03, 2017
                              Form ID: 318             Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2017.
```
db/jdb         Randy Van Zile,   Ruth Van Zile,   558 Brooklyn Mountain Rd,   Hopatcong, NJ 07843-1272
516468758      Atlantic Health System,   PO Box 36458,   Newark, NJ 07188-6406
516468759      Atlantic Medical Group,   PO Box 416457,   Boston, MA 02241-6457
516468760      Atlantic Medical Group,   PO Box 419101,   Boston, MA 02241-9101
516468762      Citimortgage, Inc.,   PO Box 10002,   Hagerstown, MD 21747-0002
516468763      Emergency Physicians of Saint Clares LLC,   PO Box 808,   Grand Rapids, MI 49518-0808
516468765      Hopatcong Borough Sewer,   111 River Styx Rd,   Hopatcong, NJ 07843-1535
516468767      KML Law Group, PC,   701 Market St Ste 5000,   Philadelphia, PA 19106-1541
516468768      Midland Mortgage/Midfirst,   PO Box 268959,   Oklahoma City, OK 73126-8959
516468769      Morris Anesthesia Group,   3799 US Highway 46 Ste 211,   Parsippany, NJ 07054-1060
516468770      NJ Housing & Mortgage Finance Agency,   PO Box 18550,   Trenton, NJ 08650-2085
516468771     ++NORTHWEST RADIOLOGY ASSOCIATES,   45 PINE STREET SUITE 8,   ROCKAWAY NJ 07866-3149
              (address filed with court: Northwest Radiology Associates,   45 Pine St Ste 8,
                Rockaway, NJ  07866-3149)
516468773     +Revenue Recovery Group,   7005 Middlebrook Pike,   PO Box 50250,   Knoxville, TN 37950-0250
516468774      Saint Clare's Hospital-Bankruptcy,   440 Franklin St Ste 300,   Bloomfield, NJ 07003-3426
516468776      Skylands Medical Group, P.A.,   33 Newton Sparta Rd,   Newton, NJ 07860-2764
516468777      Stoneleigh Recovery Assoc,   PO Box 1118,   Charlotte, NC 28201-1118
516468781     +The Bureaus Inc,   650 Dundee Rd., Suite 370,   Northbrook, IL 60062-2757
516468782      Vengroff Williams Inc,   PO Box 4155,   Sarasota, FL 34230-4155
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 03 2017 23:37:58     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 03 2017 23:37:55     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516468761      EDI: CAPITALONE.COM Feb 03 2017 23:13:00      Capital One Bank, N.A.,   PO Box 30285,
                Salt Lake City, UT 84130-0285
516468764      E-mail/Text: jennifer.macedo@gatewayonelending.com Feb 03 2017 23:37:32
                Gateway One Lending & Finance,   160 N Riverview Dr Ste 100,   Anaheim, CA 92808-2293
516468766      E-mail/Text: lisa@jennwayrecovery.com Feb 03 2017 23:38:53     Jenn-Way Recovery Bureau,
                4 Prospect Village Plz,   Clifton, NJ 07013-1952
516468772      E-mail/Text: pinelac@pims-inc.com Feb 03 2017 23:38:17     Princeton Pathology Services, PA,
                5755 Hoover Blvd,   Tampa, FL 33634-5340
516468775      E-mail/Text: compliance@sentrycredit.com Feb 03 2017 23:38:56     Sentry Credit, Inc,
                2809 Grand Ave,   Everett, WA 98201-3417
516468778      EDI: RMSC.COM Feb 03 2017 23:13:00      Synchrony Bank/Care Credit,   Attn: Bankruptcy Dept.,
                PO Box 965061,   Orlando, FL 32896-5061
516468779      EDI: RMSC.COM Feb 03 2017 23:13:00      Synchrony Bank/PC Richards,   Bankruptcy Dept,
                PO Box 965061,   Orlando, FL 32896-5061
516468780      EDI: RMSC.COM Feb 03 2017 23:13:00      Synchrony Bank/Walmart,   Attn: Bankrupcy Dept.,
                PO Box 965060,   Orlando, FL 32896-5060
                                                                                              TOTAL: 10
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-2               User: admin                  Page 2 of 2                  Date Rcvd: Feb 03, 2017
                                   Form ID: 318                 Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 3, 2017 at the address(es) listed below:
              Chris H. Colabella    on behalf of Joint Debtor Ruth  Van Zile susan@gruberlaw-nj.com,
               g30104@notify.cincompass.com
              Chris H. Colabella    on behalf of Debtor Randy  Van Zile susan@gruberlaw-nj.com,
               g30104@notify.cincompass.com
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Steven P. Kartzman    kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;ncorona@msklaw.net;angiea@msklaw.net
                                                                                             TOTAL: 4
```