In Re:
Randy and Ruth Van Zile
4777 284th St
Branford, FL 32008
SS#8482 and #2041

Case No.: 16-30566 JKS

Chapter 7

Hearing Date: May 2, 2017 10:00 am

Judge:  John K. Sherwood, USBJ

## Notice of Motion to Reopen Case and Enlarge the Time to File a Reaffirmation Agreement

Steven P. Kartzman, Esq. Trustee
101 Gibraltar Dr Ste 2F
Morris Plains, NJ 07950

Gateway One Lending and Finance
106 N Riverview Dr Ste 100
Anaheim, CA 92808

**PLEASE TAKE NOTICE** that on **May 2, 2017** at 10:00 o'clock in the forenoon, or as soon thereafter as counsel may be heard, the undersigned attorney for the Debtor shall move before the Honorable John K. Sherwood, United States Bankruptcy Judge, Newark, New Jersey for an Order as follows:

In Re:

Randy and Ruth Van Zile
25 Cypress Drive
Denville, NJ 07834

SS#8482 and #2041

Certification in Support of Notice of Motion to Reopen Case

Hearing Date:  May 2, 2017 10:00 am

Case No.:    16-30566 JKS

---

**Racquel Hiben**, being of full age, do hereby certify as follows:

    1.    I am the attorney for the Debtors, Randy and Ruth Van Zile, and am fully familiar with the fact of this case.

    2.    The Debtor's Bankruptcy Discharge issued on February 2, 2017.  The case closed on February 8, 2017.

    3.    On February 28, 2017 the Debtors came to my office and asked that a reaffirmation agreement be filed for their vehicle loan so that they could receive a monthly bill and updates on their loan from Gateway One Lending and Finance.

    4.    A review of the file and a search of PACER indicated that a Reaffirmation Agreement was not filed with the Bankruptcy Court.  The client's payments to the account are

Randy and Ruth Van Zile
4777 284th St
Branford, FL 32008
SS#8482 and #2041

Hearing Date: _____ May 2, 2017 _____

Judge: _____ Sherwood _____

Chapter: _____ 7 _____

Recommended Local Form:    ☑ Followed    ☐ Modified

## ORDER REOPENING CASE

The relief set forth on the following page is hereby **ORDERED**.

2. ☐ A Trustee shall be appointed.

☑ A Trustee shall not be appointed.

3. ☐ The case shall be immediately reclosed.

☑ The case shall be closed within _____ days.

☐ The case shall be reviewed within _____ days for closing eligibility.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

| | |
|---|---|
| In Re: <br> Randy and Ruth Van Zile <br> 4777 284th St <br> Branford, FL 32008 <br> 201-841-3554 | Case No.: 16-30566 JKS <br> Chapter: 7 <br> Adv. No.: <br> Hearing Date: <br> Judge: Sherwood |

## CERTIFICATION OF SERVICE

1. I, <u>Susan McDermott</u>                   :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for <u>Racquel Hiben, Esq</u>           , who represents the <u>Debtors</u>           in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _____<u>March 22, 2017</u>_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

|  |  | ☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other <u>Overnight</u><br>(as authorized by the court *) |
|---|---|---|
| Gateway One Lending and Finance<br>106 N Riverview Dr. Ste 100<br>Anaheim, CA 92808 |  | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other <u>Overnight</u><br>(as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
|  |  | ☐ Hand-delivered |