| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>GRUBER, COLABELLA & LIUZZA<br>41 Lakeside Blvd.<br>Hopatcong, NJ  07843<br>973-398-7500<br>rh@gruberlaw-nj.com | |
| In Re:<br>Randy and Ruth Van Zile<br>4777 284th St<br>Branford, FL 32008<br>SS#8482 and #2041 | Case No.: 16-30566 JKS<br>Chapter 7<br><br>Hearing Date: May 2, 2017 10:00 am<br><br>Judge:  John K. Sherwood, USBJ |

**Notice of Motion to Reopen Case and Enlarge the Time
to File a Reaffirmation Agreement**

Steven P. Kartzman, Esq. Trustee
101 Gibraltar Dr Ste 2F
Morris Plains, NJ 07950

**Gateway One Lending and Finance**
**106 N Riverview Dr Ste 100**
**Anaheim, CA 92808**

PLEASE TAKE NOTICE that on **May 2, 2017** at 10:00 o'clock in the forenoon, or as soon thereafter as counsel may be heard, the undersigned attorney for the Debtor shall move before the Honorable John K. Sherwood, United States Bankruptcy Judge, Newark, New Jersey for an Order as follows:

1. Directing that the above referenced case be reopened for purposes of allowing the Debtor to obtain and file a Reaffirmation Agreement with Gateway One Lending and Finance.

2. Oral Argument is waived.

Date: March 27, 2017

_____
Racquel Hiben
Attorney for Debtor

GRUBER, COLABELLA, LIUZZA & THOMPSON
41 Lakeside Blvd.
Hopatcong, NJ 07860
973-398-7500
rh@gruberlaw-nj.com

## UNITED STATES BANKRUPTCY COURT
District of New Jersey- Newark

In Re:

Randy and Ruth Van Zile
25 Cypress Drive
Denville, NJ 07834

SS#8482 and #2041

**Certification in Support of Notice of Motion to Reopen Case**

Hearing Date:  May 2, 2017 10:00 am

Case No.:   16-30566 JKS

**Racquel Hiben**, being of full age, do hereby certify as follows:

1. I am the attorney for the Debtors, Randy and Ruth Van Zile, and am fully familiar with the facts of this case.

2. The Debtor's Bankruptcy Discharge issued on February 2, 2017. The case closed on February 8, 2017.

3. On February 28, 2017 the Debtors came to my office and asked that a reaffirmation agreement be filed for their vehicle loan so that they could receive a monthly bill and updates on their loan from Gateway One Lending and Finance.

4. A review of the file and a search of PACER indicated that a Reaffirmation Agreement was not filed with the Bankruptcy Court. The client's payments to the account are up-to-date.

5. On March 8, 2017 my Bankruptcy Assistant spoke with Charles at Gateway One Lending and Finance and was advised that billing would recommence only when a reaffirmation agreement was signed by the clients and filed with the Bankruptcy Court.

I certify that the foregoing statements made by me in the annexed Certification are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date:   March 27, 2017

_____
Signature

2

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | |
|---|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Racquel Hiben, Esq<br>41 Lakeside Blvd.<br>Hopatcong, NJ 07843<br>973-398-7500 - Phone<br>973-398-5579 - Fax<br>rh@gruberlaw-nj.com | Case No.: | 16-30566 JKS |
| | Chapter: | 7 |
| In Re:<br><br>Randy and Ruth Van Zile<br>4777 284th St<br>Branford, FL 32008<br>201-841-3554 | Adv. No.: | |
| | Hearing Date: | |
| | Judge: | Sherwood |

## CERTIFICATION OF SERVICE

1. I, Susan McDermott :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for Racquel Hiben, Esq , who represents the Debtors in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On March 24, 2017 , I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Notice of Motion
    Certification of Racquel Hiben, Esq.
    Order

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 3/27/17

_____
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Steven P. Kartzman, Esq<br>101 Gibraltar Dr. Ste 2F<br>Morris Plains, NJ 07950 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |
| Gateway One Lending and Finance<br>106 N Riverview Dr. Ste 100<br>Anaheim, CA 92808 | | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |