UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on May 17, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Randy Van Zile
Ruth Van Zile

Case No.:   16-30566

Hearing Date:   05/16/2017

Judge:   John K. Sherwood

Chapter:   7

Recommended Local Form:   ☒ Followed   ☐ Modified

## ORDER REOPENING CASE

The relief set forth on the following page is **ORDERED**.

**DATED: May 17, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the motion of _____Counsel for Debtor_____, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened.

2. ☐ A Trustee shall be appointed.

   ☒ A Trustee shall not be appointed.

3. ☐ The case shall be immediately reclosed.

   ☐ The case shall be closed within _____ days.

   ☒ The case shall be reviewed within __30__ days for closing eligibility.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

*rev.8/1/15*