| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |

**Order Filed on May 17, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

| | | |
|---|---|---|
| In Re: <br><br> Randy Van Zile <br> Ruth Van Zile | Case No.: | 16-30566 |
| | Hearing Date: | 05/16/2017 |
| | Judge: | John K. Sherwood |
| | Chapter: | 7 |

| | | | | |
|---|---|---|---|---|
| Recommended Local Form: | ☒ | Followed | ☐ | Modified |

## ORDER REOPENING CASE

The relief set forth on the following page is **ORDERED**.

**DATED: May 17, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the motion of _____Counsel for Debtor_____, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened.

2. ❏ A Trustee shall be appointed.

   ☒ A Trustee shall not be appointed.

3. ❏ The case shall be immediately reclosed.

   ❏ The case shall be closed within _____ days.

   ☒ The case shall be reviewed within __30__ days for closing eligibility.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Randy Van Zile  
Ruth Van Zile  
    Debtors

Case No. 16-30566-JKS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: May 17, 2017  
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2017.  
db/jdb        #Randy Van Zile,   Ruth Van Zile,   558 Brooklyn Mountain Rd,   Hopatcong, NJ  07843-1272

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2017 at the address(es) listed below:  
        Chris H. Colabella   on behalf of Joint Debtor Ruth  Van Zile susan@gruberlaw-nj.com, g30104@notify.cincompass.com  
        Chris H. Colabella   on behalf of Debtor Randy  Van Zile susan@gruberlaw-nj.com, g30104@notify.cincompass.com  
        Denise E. Carlon   on behalf of Creditor   MIDFIRST BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Steven P. Kartzman   kartztee@optonline.net, jzapata@msklaw.net;nj16@ecfcbis.com;ncorona@msklaw.net;angiea@msklaw.net  
        TOTAL: 4